# Third District Court of Appeal

## State of Florida

Opinion filed June 23, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1941
Lower Tribunal Nos. F12-27087 & F13-2506

————————

**Carrie Jones,**
Appellant,

vs.

**Mark Inch, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Carrie Jones, in proper person.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee The State of Florida.

Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.